UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY LEE HALL,

    Plaintiff,

  v.

AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), et al.,

    Defendants.

No. C 19-02312 WHA

**NOTICE AND ORDER RE TRIAL DATE**

Your case is set for trial on **DECEMBER 6, 2021**. It would be of assistance to the Court to move your trial date to an earlier trial date, possibly by one week. Please respond and advise if you are able to accommodate the Court. If not, be advised that your case will go to trial as scheduled. Please file a joint statement within the next week on the above question, as well as your prospects for settlement or dismissal. **THIS IS IMPORTANT.**

**IT IS SO ORDERED.**

Dated: October 18, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE