United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY LEE HALL,

        Plaintiff,

        v.

AMTRAK, NATIONAL RAILROAD
PASSENGER CORPORATION, et al.,

        Defendants.

No.  C 19–02312 WHA

**ORDER FOR VACCINATION
STATUS**

     Both sides are requested to file a statement by **TUESDAY, NOVEMBER 9, 2021, AT NOON**,

setting forth whether all counsel, parties, and witnesses on their side of the case are fully

vaccinated and can produce vaccination cards to so prove.

     **IT IS SO ORDERED.**

Dated:  November 4, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE