Vincent Castillo, State Bar No. 209298
vcastillo@aghwlaw.com
Alexei N. Offill-Klein, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK, JONATHAN STASKA, DENISE HOGG,
and MICHAEL JOHN TORRENCE, and BNSF RAILWAY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY LEE HALL,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); JONATHAN STASKA, Engineer Driver; DENISE HOGG, Conductor; MICHAEL JOHN TORRENCE, Assistant Conductor, BNSF RAILWAY COMPANY; and DOES 1 through 50 inclusive,<br><br>            Defendants. | Case No. 3:19-cv-02312-WHA<br><br>**DEFENDANTS' STATEMENT RE: FURTHER ORDER RE: VACCINATION STATUS**<br><br>Hon. William H. Alsup<br><br>Trial:    December 6, 2021 |

In response to the Court's Further Order re Vaccination Status (Doc. 179), defendants submit the following statement.

- Defense counsel Vince Castillo and Alexei Offill-Klein are vaccinated and will present proof of their vaccination status.
- Amtrak's representatives Pat Mostasisa and Sheldon Wong are vaccinated and will present proof of their vaccination status.
- Defense witness Jonathan Staska is vaccinated and will present proof of his vaccination status.
- Defense witness Brian Heikkila is unvaccinated.

Michael Torrence is no longer an Amtrak employee and defendants do not know whether Mr. Torrence is vaccinated. Per the Court's order on defendants' motion for summary judgment, all claims against Michael Torrence have been dismissed, and he is no longer a party to this action. [Doc. 152.] Mr. Torrence is not identified in defendants' witness list, and defendants have no intention of calling Mr. Torrence to testify at trial. It is plaintiff who has identified Mr. Torrence in his witness list. Plaintiff did not depose Mr. Torrence.

Defendants have no information that plaintiff has served Mr. Torrence with a trial subpoena. But even if plaintiff had, Mr. Torrence could have no information relevant to plaintiff's claims. As stated in the Court's order on defendants' summary judgment motion, the Amtrak conductors, including now-former Amtrak employee Mr. Torrence, were attending to their duties in the passenger cars [Doc. 152, 3:28 - 4:9.] and necessarily could have no information relevant to plaintiff's claims.

Respectfully submitted,

Dated:  November 17, 2021

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By: _/s/ Vincent Castillo_
Vincent Castillo
Alexei N. Offill-Klein
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JONATHAN STASKA, DENISE HOGG, and MICHAEL JOHN TORRENCE, and BNSF RAILWAY COMPANY

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

477794.1

1   DEFENDANTS' STATEMENT RE FURTHER ORDER RE: VACCINATION STATUS
CASE NO. 3:19-CV-02312-WHA